# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:96CR153-2 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Judge John M. Manos |
| ) | |
| MAHMOUD F. SALTI ) | |
| ) | |
| Defendant. ) | **ORDER** |

On May 8, 1995, a multi-count Indictment was filed charging Mahmoud F. Salti, Defendant, with five (5) counts of conspiracy to defraud the United States, in violation of Title 18 of the United States Code, Section 371; and two (2) counts of filing false tax returns, in violation of Title 26 of the United States Code, Section 7206. (Docket No. 3.)

On September 20, 2005, Defendant pleaded not guilty to Counts 1-5, 8, and 9 of the Indictment. (Docket No. 9.) On January 18, 2006, the above-captioned matter was referred to a United States Magistrate Judge pursuant to General Order 99-49, with the consent of the parties, for the purpose of accepting Defendant's change of plea. (Docket No. 22.) At a hearing held on February 13, 2006, Defendant, accompanied by counsel, proffered a plea of guilty to Counts 1-5, 8, and 9 of the Indictment. (Docket No. 24.)

On February 13, 2006, the Magistrate Judge issued a Report and Recommendation documenting Defendant's plea. (Docket No. 26.) The Report indicates that the Defendant was advised of his rights and that the hearing otherwise complied with all requirements imposed by the United States Constitution and Federal Criminal Procedure Rule 11. Finding that the plea was made knowingly, intelligently, and voluntarily, the Magistrate recommends that this Court accept and enter Defendant's plea of guilty to Counts 1-5, 8, and 9 of the Indictment.

Pursuant to General order 99-49, and absent any objections by the parties heretofore made, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge. In doing so, the Court finds that the Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to the Counts 1-5, 8, and 9 of the Indictment, and that all of the requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the Court accepts the Defendant's plea and enters it accordingly. This mater is referred to the Probation Office for presentence investigation. Sentencing is currently scheduled for: **Friday, May 5, 2006 @ 10:30am**

**IT IS SO ORDERED.**

Date: February 13, 2006      /s/ *John M. Manos*
                             **UNITED STATES DISTRICT JUDGE**